DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 378A16 | Dennis Draughon and Megan Draughon v. Cobblestone Homeowners Association of Clayton, Inc., a North Carolina non-profit corporation | 1. Def's Notice of Appeal Based Upon a Dissent (COA15-1280)<br><br>2. Def's Motion to Consolidate Appeals | 1. —<br>**10/13/2016**<br><br>2. Allowed<br>**10/13/2016** |
|---|---|---|---|
| 379P16 | State v. Henry Datwane Hunt | Def's PDR Under N.C.G.S. § 7A-31 (COA16-143) | Denied |
| 380P16 | State v. Jackson Cain Whisenant | Def's PDR Under N.C.G.S. § 7A-31 (COA16-82) | Denied |
| 383P16 | State v. Marvin Hakeem Johnson | Def's PDR Under N.C.G.S. § 7A-31 (COA15-732) | Denied |
| 384P16 | State v. Phillip Wayne Broyal | Def's PDR Under N.C.G.S. § 7A-31 (COA16-21) | Denied |
| 386P16 | State v. Quentin Lee Dick | 1. State's Motion for Temporary Stay (COA15-1400)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed<br>**10/14/2016**<br><br>2. |
| 387P16 | Tony A. Hawkins v. Ernest R. Sutton, Superintendent | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 389A15-2 | State v. Tae Kwon Hammonds | Def's Motion for Revision of Briefing Deadlines | Allowed<br>**10/13/2016** |
| 389P16 | People of North Carolina, *ex rel.* Christopher Charles Friscia and Maria Andriena Friscia v. Nathan J. Taylor, et al. | Petitioners' *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 390P16 | State v. Linda Beth Chekanow and Robert David Bishop | 1. State's Motion for Temporary Stay (COA15-1294)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed<br>**10/19/2016**<br><br>2. |
| 391A16 | Next Advisor Continued, Inc. v. Lendingtree, Inc. and Lendingtree LLC | Defs' Motion to Submit Appellate Filings Under Seal | Allowed<br>**10/19/2016** |